UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>                            Plaintiff,<br><br>    -against-<br><br>NYC DEPT. OF CORRECTIONS,<br><br>                            Defendant. | 24cv1139 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the March 25, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 25, 2024
            New York, New York

                                                          /s/ Laura Taylor Swain
                                                         LAURA TAYLOR SWAIN
                                            Chief United States District Judge